UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM SHOEMAKER, §<br>IAN FIELDS, WALTER HERMANN, §<br>WESLEY MCCOOL, DAVID PEELER, §<br>and DAVID WEINMAN, §<br>§<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>INTEGRATED PRODUCTION §<br>SERVICES, INC., §<br>§<br>*Defendant*. § | Civil Action No. 5:16-cv-1157-XR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs William Shoemaker, Ian Fields, Walter Hermann, Wesley McCool, David Peeler, and David Weinman on the one hand, and Defendant Integrated Production Services, Inc. on the other, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby agree and stipulate that this action is hereby dismissed with prejudice. The parties also hereby agree and stipulate that they shall each be responsible for their own respective costs and attorney's fees incurred in this action, except as otherwise agreed.

**Date:**   January 29, 2018.

Respectfully submitted,

| | |
|---|---|
| /s/ Josh Sanford | /s/ Lawrence D. Smith |
| Josh Sanford | Lawrence D. Smith |
| Texas Bar No. 24077858 | State Bar No. 18638800 |
| josh@sanfordlawfirm.com | larry.smith@ogletreedeakins.com |
| SANFORD LAW FIRM, PLLC | Mark A. McNitzky |
| One Financial Center | State Bar No. 24065730 |
| 650 S. Shackleford Road, Suite 411 | mark.mcnitzky@ogletreedeakins.com |
| Little Rock, Arkansas 72211 | OGLETREE, DEAKINS, NASH, |
| Telephone: (501) 221-0088 |   SMOAK & STEWART, P.C. |
| Facsimile: (888) 787-2040 | 2700 Weston Centre |
| | 112 East Pecan Street |
| ATTORNEYS FOR PLAINTIFFS | San Antonio, Texas 78205 |
| | Telephone: (210) 354-1300 |
| | Facsimile: (210) 277-2702 |
| | |
| | ATTORNEYS FOR DEFENDANT |

### CERTIFICATE OF SERVICE

    I certify that on this <u>29th</u> day of January 2018, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to the following CM/ECF participants:

  Josh Sanford
  State Bar No. 24077858
  [josh@sanfordlawfirm.com](mailto:josh@sanfordlawfirm.com)
  Sanford Law Firm, PLLC
  One Financial Center
  650 S. Shackleford Road, Suite 411
  Little Rock, Arkansas 72211

                /s/Lawrence D. Smith
                Lawrence D. Smith/Mark A. McNitzky

31612184.1

32796079.1